UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
VICTOR DOMINGUES, RICARDO DeJESUS :
GUERRERO, and MIGUEL LOPEZ RODRIGUEZ on : 08 CV 3468 (SJF)
behalf of themselves and others similarly situated, :
:
                     Plaintiffs : **STIPULATION OF DISMISSAL**
:
                --against-- :
:
SCART COMMUNICATIONS, LLC, HORAN :
COMMUNICATIONS, LLC, PATRICK HORAN, in :
their individual capacity, :
                    Defendants. :
-----------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice and without costs to either party.

Dated: July 24, 2009

LAW OFFICE OF DELVIS MELENDEZ

By: _____
Delvis Melendez, Esq.
90 Bradley Street
Brentwood, NY 11355
(631)434-1433
Counsel for Plaintiffs

LAW OFFICE OF RAYMOND NARDO

By: _____
Raymond Nardo, Esq.
129 Third Street
Mineola, New York 11501
(516) 248-2121
Counsel for Defendants

**SO ORDERED** this ___ day of _____, 2009